CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

April 06, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **AARON B. KLINE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00024 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| **FARM CREDIT** | ) | JUDGE JAMES P. JONES |
| **ADMINISTRATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

*Aaron B. Kline, Pro Se Plaintiff; Krista Consiglio Frith, Assistant United States Attorney, for Defendants.*

The plaintiff, Aaron B. Kline, filed the present suit pro se against the Farm Credit Administration (FCA), individual FCA officials, and the United States alleging violations of the Federal Tort Claims Act (FTCA), the First and Fifth Amendments, and Virginia tort law. He claims that the defendants engaged in unlawful retaliation. The defendants have filed a Motion to Dismiss for failure to properly serve process. For the reasons discussed below, the motion will be granted.

Suit was initially filed a complaint on April 22, 2025, Dkt. No. 1, without service on the defendants. On June 3, 2025, Kline filed an amended complaint, Dkt. No. 17, but again failed to serve the defendants. The court subsequently informed Kline that he had until September 1, 2025, to notify the court that service

had been effectuated on the defendants.  Dkt. No. 18.  The United States Attorney's Office later sent a letter to Kline informing him that service had yet to be effectuated. Dkt. No. 20-1.  The defendants moved to dismiss the case on November 24, 2025, for insufficient service of process pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m).  Dkt. No. 19.  While the defendants acknowledge that Kline sent a copy of the amended complaint to the FCA, they assert that the United States Attorney or the Attorney General had yet to be served.  This court then issued a Roseboro Notice informing Kline of his right to respond to the Motion to Dismiss within 28 days of the date of the Notice.  Dkt. No. 21.  No response has been filed. On March 3, 2026, the court issued a final reminder to Kline to effectuate proper service within 14 days.  Dkt. No. 24.  Kline has failed to do so, and the deadline has since passed.

Accordingly, it is **ORDERED** that the defendants' Motion to Dismiss, Dkt. No. 19, is GRANTED, and the plaintiff's case will be dismissed without prejudice. A separate judgment will be entered herewith.

ENTER:  April 6, 2026

/s/  JAMES P. JONES
Senior United States District Judge

-2-