CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

April 06, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **AARON B. KLINE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00024 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **FARM CREDIT** | ) | JUDGE JAMES P. JONES |
| **ADMINISTRATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Opinion and Order, this case is

**DISMISSED** without prejudice.  The Clerk shall close the case.

ENTER:  April 6, 2026

/s/  JAMES P. JONES
Senior United States District Judge